| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 3:96CR00047(AVC) |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 04cr30035 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jeffrey Bouyea | CONNECTICUT | INSERT OFFICE HERE |
| 77 Lombard Ave., 1st Flr. | NAME OF SENTENCING JUDGE | |
| East Longmeadow, MA 01028 | The Honorable Alfred V. Covello, Sr. U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 9/10/99 | TO 9/9/04 |

OFFENSE

Wire Fraud, 18 U.S.C. §§ 2 & 1343
Bank Fraud, 18 U.S.C. §§ 2 & 1344

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5/3/04
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/8/04
Effective Date

*[signature]*
United States District Judge